Paul David Tripodi, II, Los Angeles, CA; Craig E. Countryman, Fish & Richardson, P.C., San Diego, CA; Frank Scherkenbach, Boston, MA; Stephen Reynold Schaefer, Michael J. Kane, Minneapolis, MN.

DYK, O'MALLEY, and TARANTO, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

Michelle K. Lee. Also represented by Nathan K. Kelley, Scott Weidenfeller, Sydney O. Johnson, Jr.

LOURIE, PLAGER, and TARANTO, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

**In re: EIDOS COMMUNICATIONS, LLC, Appellant.**

No. 2014–1658.

United States Court of Appeals, Federal Circuit.

April 14, 2015.

Robert C. Nissen, McKenna Long & Aldridge, LLP, Washington, DC, argued for appellant. Also represented by Song Jung, Carl Paul Bretscher.

Joseph Matal, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for intervenor

**Rodney HAITH, Petitioner,**

v.

**DEPARTMENT OF VETERANS AFFAIRS, Respondent.**

No. 2014–3219.

United States Court of Appeals, Federal Circuit.

May 6, 2015.

Rodney Haith, Poughkeepsie, NY, pro se.

Veronica Nicole Onyema, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, for respondent. Also represented by